ASBURY PARK PRESS, INC. v. STATE OF NEW JERSEY, DEPART-
MENT OF HEALTH.

September 6, 1989.

Petition for certification denied. (See 233 *N.J.Super.*
375).

MIDLANTIC NATIONAL BANK, ETC. v. FIRST INTERSTATE
BANK OF OKLAHOMA, N.A., ETC.

September 6, 1989.

Petition for certification denied.

NYT CABLE TV, ETC. v. THE BOROUGH OF AUDUBON.

September 6, 1989.

Petition for certification denied. (See 230 *N.J.Super.*
530).